# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0387

_____

SUKY UGARTE,

    Appellant,

v.

VINTRO HOTEL SOUTH BEACH
and TECHNOLOGY INSURANCE
COMPANY,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident:  January 8, 2017.

September 24, 2018

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Goldstein of Jose M. Francisco, P.A., Miami, for Appellant.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta; and Andrew R. Borah of Hurley, Rogner, Miller, Cox, Waranch & Westcott, Deerfield Beach, for Appellees.